SEA GIRT ESTATES, respondent,

*v.*

SUSAN M. SUTTON et al., appellants.

[Decided May 19th, 1930.]

*Mr. James E. Mitchell,* for the respondent.

*Mr. Harry R. Cooper* and *Mr. James F. Minturn,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *7 N. J. Mis. R. 833.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.